

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

TISSUE ANCHOR INNOVATIONS LLC,

    Plaintiff,

V.                                                                       CIVIL ACTION NO.: 2:15cv473

ASTORA WOMEN'S HEALTH, LLC,

    Defendant.

## SUMMONS IN A CIVIL ACTION

TO:    ASTORA Women's Health, LLC
          The Corporation Trust Company, Registered Agent
          Corporation Trust Center
          1209 Orange Street
          Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorneys, whose names and address are:

                                  Stephen E. Noona (VSB No. 25367)
                                  Email: senoona@kaufcan.com
                                  KAUFMAN & CANOLES, P.C.
                                  150 W. Main Street, Suite 2100
                                  Norfolk, VA 23510
                                  (757) 624-3000
                                  (888) 360-9092 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

                                                                         *CLERK OF COURT*

Date:   10/29/15                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

2:15cv473

# PROOF OF SERVICE
*(This Section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place), _____
_____ on the (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of defendant) _____, who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other (specify): _____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

14320376v1